IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHANIE HOOVER,

    Plaintiff,                                No. CIV S-09-2586 DAD PS

    v.

MICHAEL J. ASTRUE,                  ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.
_____/

        On September 18, 2009, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time. The required time has now expired, and plaintiff has neither filed a motion for summary judgment and/or remand, nor requested an extension of time to do so.

        Good cause appearing, IT IS ORDERED that plaintiff shall show cause in writing within fifteen days of the date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required response will result in dismissal of the action.

DATED: May 4, 2010.

                                                           DALE A. DROZD
                                                            UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/hoover2586.osc.ftp